O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYALA JUAN LUIS,<br><br>　　　　　Petitioner,<br>　　v.<br><br>BOB GOWLER, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 12-02098-DOC (OP)<br><br>J U D G M E N T |

　　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 30, 2013

　　　　　　　　　　　　　　　　*/s/ David O. Carter*
　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge